SCWC-30283

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

DESTIN GALLARDE,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30283; CR. NO. 08-1-1834)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Defendant-Appellant Destin Gallarde's

application for writ of certiorari, filed November 6, 2012, is

hereby rejected.

DATED: Honolulu, Hawai'i, December 14, 2012.

James S. Tabe                    /s/ Mark E. Recktenwald
for petitioner
                                 /s/ Paula A. Nakayama

James M. Anderson                /s/ Simeon R. Acoba, Jr.
for respondent
                                 /s/ Sabrina S. McKenna

                                 /s/ Richard W. Pollack